**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**

| | |
|---|---|
| HEATHER EL-HOMSI, *individually and on behalf of all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>INVACARE CORPORATION,<br><br>Defendant. | Case No. 1:25-cv-02425<br><br>Judge Charles Esque Fleming<br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Plaintiff Heather El-Homsi and Defendant Invacare Corporation, by and through their undersigned counsel, hereby stipulate to the voluntary dismissal of this action without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), each party to bear its own costs and fees.

Dated: March 23, 2026

Respectfully submitted,

*/s/ Cara M. Wright*
*(by email authorization)*
Cara M. Wright (0084583)
**FREEMAN MATHIS & GARY, LLP**
65 East State Street, Suite 2550
Columbus, Ohio 43215
T: 614-699-2386 | F: 888-356-3590
cara.wright@fmglaw.com

*Counsel for Defendant Invacare Corporation*

*/s/ Terence R. Coates*
Terence R. Coates (0085579)
**MARKOVITS, STOCK & DEMARCO, LLC**
119 East Court Street, Suite 530
Cincinnati, Ohio 45202
Telephone: (513) 651-3700
Facsimile: (513) 665-0219
tcoates@msdlegal.com

Gary M. Klinger
**MILBERG, PLLC**
227 West Monroe Street, Suite 2100
Chicago, IL 60606
Tel: (866) 252-0878
gklinger@milberg.com

*Attorneys for Plaintiff*

IT IS SO ORDERED.
s/Charles E. Fleming
United States District Judge
Dated: March 24, 2026